IN RE GUARDIANSHIP PETITION OF Katie Lynn COOK, No. 154-80

September 8, 1980. Printed case and appellant's brief shall be filed by October 10, 1980, or appeal dismissed.

STATE of Vermont v. Michael R. WILTSE, No. 180-80

September 8, 1980. Appellant shall comply with the requirements of V.R.A.P. 10(b)(1) by October 1, 1980, or appeal dismissed.

Terrence E. LANE v. Raymond R. UNSWORTH, No. 193-80

September 8, 1980. Appellant shall comply with the requirements of V.R.A.P. 10(b)(1) by October 1, 1980, or appeal dismissed.

Kenneth T. LAMPE and Janice T. Lampe v. David A. VILORD and Suzanne Vilord, No. 241-80

September 8, 1980. Appellant shall comply with the requirements of V.R.A.P. 10(b)(1) by October 1, 1980, or appeal dismissed.

IN RE T. L. S. and M. J. C., Juveniles, No. 249-79

September 15, 1980. Motion for additional time for oral argument is denied.

Billings, J.

IN RE GRIEVANCE OF Richard HARRISON, No. 477-79

September 15, 1980. Motion to enlarge time for filing appellant's brief to November 30, 1980, denied. Appellant's brief shall be filed by November 3, 1980.

Daley, J.

IN RE APPLICATION OF David PIPPIN, Mark Pippin, and William Pippin, No. 276-80

September 15, 1980. Motion to dismiss granted. Appeal dismissed.

IN RE APPLICATION OF David PIPPIN, Mark Pippin, and William Pippin, No. 288-80

September 15, 1980. Motion to dismiss granted. Appeal dismissed.

VERMONT STATE EMPLOYEES' ASSOCIATION, INC. v. STATE of Vermont, et al., No. 50-79

September 17, 1980. The contract involved in this litigation having, by its terms, expired, without infringement of the rights sought to be enforced thereunder, the appeal is dismissed as moot. *In re Consti-*